UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHAD STEINBERG, *individually and on behalf of all others similarly situated*, | ) ) ) Case No. 1:21-cv-02892 |
| Plaintiff, | ) ) Hon. Gary S. Feinerman |
| v. | ) Judge Presiding ) |
| CHARLES INDUSTRIES, L.L.C., | ) ) ) |
| Defendant. | ) |

**JOINT NOTICE OF SETTLEMENT AND REQUEST
FOR STAY OF 45 DAYS TO FINALIZE SETTLEMENT DOCUMENTATION**

Plaintiff Chad Steinberg ("Plaintiff") and Defendant Charles Industries, LLC ("Defendant") (collectively "the Parties"), through their attorneys, hereby submit this notice of settlement and state as follows:

1. The Parties have recently reached an agreement in principle to settle Plaintiff's individual claims pursuant to the Illinois Biometric Information Privacy Act.

2. The Parties are in the process of preparing and circulating formal settlement documentation embodying the agreement in principle.

3. To facilitate this process, and to conserve resources in light of the settlement in principle, the Parties jointly request that the Court enter a stay of all pending Court deadlines, through and until Friday, August 20, 2021 so that they can complete this process and file any necessary pleadings with the Court.

WHEREFORE, the Parties respectfully request that the Court enter an Order staying all Court deadlines in this matter, through and until August 20, 2021.

116320

| | |
|---|---|
| Dated: July 6, 2021 | Respectfully submitted, |
| By: /s/ Sean G. Wieber<br>Sean G. Wieber<br>WINSTON & STRAWN LLP<br>35 W. Wacker Dr.<br>Chicago, Illinois 60601<br>Phone: 312-558-5600<br>Fax: 312-558-5700<br>E-mail: swieber@winston.com<br><br>*Attorney for Defendant Charles Industries, LLC* | By: /s/ Gregg M. Barbakoff<br>Keith J. Keogh<br>Gregg M. Barbakoff<br>KEOGH LAW, LTD.<br>55 W. Monroe St., Suite 3390<br>Chicago, Illinois 60603<br>Tel.: (312) 726-1092<br>Fax: (312) 726-1093<br>keith@keoghlaw.com<br>gbarbakoff@keoghlaw.com<br><br>*Attorney for Plaintiff and the Putative Class* |

**Certificate of Service**

    I, Gregg M. Barbakoff, an attorney, hereby certify that on **July 6, 2021,** service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

                                                       /s/ Gregg M. Barbakoff

FP 38684440.2