UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHAD STEINBERG, *individually and on behalf of all others similarly situated*, | ) ) ) Case No. 1:21-cv-02892 |
| Plaintiff, | ) ) Hon. Gary S. Feinerman |
| v. | ) Judge Presiding ) |
| CHARLES INDUSTRIES, L.L.C., | ) ) |
| Defendant. | ) |

**SECOND JOINT NOTICE OF SETTLEMENT AND
REQUEST FOR STAY OF 30 DAYS TO FINALIZE SETTLEMENT**

Plaintiff Chad Steinberg ("Plaintiff") and Defendant Charles Industries, LLC ("Defendant") (collectively "the Parties"), through their attorneys, hereby submit this second notice of settlement and state as follows:

1. As previously noted, the Parties have reached an agreement in principle to settle Plaintiff's individual claims pursuant to the Illinois Biometric Information Privacy Act.

2. The Parties recently exchanged executed versions of the final settlement paperwork, and are currently in the process of effectuating the terms of their agreement.

3. To facilitate this process, and to conserve resources in light of the settlement, the Parties jointly request that the Court enter an order striking the September 15 status hearing (ECF No. 16), striking the September 9 deadline to file an Initial Status Report (ECF No. 15), and stay all other pending Court deadlines, through and until Thursday, October 7, so that they can complete this process and file any necessary pleadings with the Court.

WHEREFORE, the Parties respectfully request that the Court enter an Order striking the September 15 status hearing, striking the September 9 deadline to file an Initial Status Report, and staying all other staying all Court deadlines in this matter, through and until October 7, 2021.

118500

Dated: September 7, 2021        Respectfully submitted,

| | |
|---|---|
| By: /s/ Sean G. Wieber | By: /s/ Gregg M. Barbakoff |
| Sean G. Wieber | Keith J. Keogh |
| WINSTON & STRAWN LLP | Gregg M. Barbakoff |
| 35 W. Wacker Dr. | KEOGH LAW, LTD. |
| Chicago, Illinois 60601 | 55 W. Monroe St., Suite 3390 |
| Phone: 312-558-5600 | Chicago, Illinois 60603 |
| Fax: 312-558-5700 | Tel.: (312) 726-1092 |
| E-mail: swieber@winston.com | Fax: (312) 726-1093 |
| | keith@keoghlaw.com |
| | gbarbakoff@keoghlaw.com |
| *Attorney for Defendant Charles Industries, LLC* | *Attorney for Plaintiff and the Putative Class* |

**Certificate of Service**

    I, Gregg M. Barbakoff, an attorney, hereby certify that on **September 7, 2021,** service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

    /s/ Gregg M. Barbakoff