**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHAD STEINBERG, *individually and on behalf of all others similarly situated*, | )<br>) Case No. 1:21-cv-02892<br>) |
| Plaintiff, | ) Hon. Gary S. Feinerman |
| v. | ) Judge Presiding<br>) |
| CHARLES INDUSTRIES, L.L.C., | )<br>) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Chad Steinberg, through his attorneys, hereby provides this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant Charles Industries, L.L.C. has not answered or moved for summary judgment.

Accordingly, Plaintiff hereby voluntarily dismisses the claims of the putative class **without prejudice**, and dismisses his individual claims **with prejudice**.

Dated: September 15, 2021

Respectfully submitted,

**CHAD STEINBERG individually and on behalf of all others similarly situated,**

By: /s/ Gregg M. Barbakoff
Keith J. Keogh
Gregg M. Barbakoff
KEOGH LAW, LTD.
55 W. Monroe St., Suite 3390
Chicago, Illinois 60603
Tel.: (312) 726-1092
Fax: (312) 726-1093
keith@keoghlaw.com
gbarbakoff@keoghlaw.com

*Attorneys for Plaintiff and the Putative Class*

118782

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 15, 2021, I caused a copy of the foregoing doument, along with all attached exhibits, to be served upon all counsel of record via electronic filing using the CM/ECF system.

      /s/ Gregg M. Barbakoff

118782